IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV69-01-MU

| | |
|---|---|
| HENRY H. BETTIS, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MADISON COUNTY SHERIFF'S DEP'T, et al., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court for initial review upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1), filed March 24, 2010.

In his Complaint Plaintiff alleges that the Defendants violated his constitutional rights when they interfered they interfered with four letters that he marked "legal' and addressed to President Obama.

After a careful review of the record, the Court finds that Defendants should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS THEREFORE ORDERED THAT** the Clerk shall issue summons and deliver it forthwith to the U. S. Marshal who will make service of process without additional cost.

Signed: March 26, 2010

Graham C. Mullen
United States District Judge