IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV69-01-MU

| | |
|---|---|
| HENRY H. BETTIS, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MADISON COUNTY SHERIFF'S DEP'T, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983. Defendants have filed an Answer. If either party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order. Defendant is reminded that Plaintiff has amended his Complaint to include a retaliatory transfer claim.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

Signed: June 7, 2010

Graham C. Mullen
United States District Judge