# United States District Court
# For The Western District of North Carolina
# Asheville Division

HENRY H. BETTIS, III,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                            1:10-cv-69-RJC

MADISON COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/19/2012 Order.

                                      Signed: January 19, 2012

                                      Frank G. Johns, Clerk
                                      United States District Court