# United States District Court
# For The Western District of North Carolina
# Asheville Division

HENRY H. BETTIS, III,

    Plaintiff,

vs.

MADISON COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

1:10-cv-69-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/19/2012 Order.

Signed: January 19, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court